IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED
JAN 16 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>VICTOR FOURSTAR, JR.,<br><br>Defendant/Movant. | Cause No. CR 02-52-GF-DLC<br><br>ORDER DENYING RULE 59 MOTION AND DENYING CERTIFICATE OF APPEALABILITY |

On January 6, 2020, the Court dismissed Defendant Fourstar's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 324) because the revocation judgment he challenges in the § 2255 motion is currently before the Ninth Circuit Court of Appeals on direct review. *See* Order (Doc. 325); *see also United States v. Fourstar*, No. 19-30200 (9th Cir. filed Aug. 29, 2019).

Fourstar now moves to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). Any non-frivolous allegations, *see* Rule 59 Mot. (Doc. 326) at 1–2, may be raised on direct review, or they are properly deferred to collateral review after direct review concludes, *see, e.g., United States v. Pirro*, 104 F.3d 297, 299–300 (9th Cir. 1997), or they are not properly brought in a § 2255 motion. Fourstar identifies no sound reason to alter or amend the dismissal of his § 2255 motion in favor of the pending direct appeal.

1

A certificate of appealability is not warranted. *See Gonzalez v. Thaler*, 565 U.S. 134, 140–41 (2012) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Accordingly, IT IS ORDERED:

1. Fourstar's Rule 59 motion (Doc. 326) is DENIED.

2. A certificate of appealability is DENIED. The Clerk of Court shall immediately process the appeal if Fourstar files a Notice of Appeal.

DATED this 16th day of January, 2020.

Dana L. Christensen, Chief District Judge
United States District Court