IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR CHARLES FOURSTAR, JR.,<br><br>Defendant. | Cause No. CR 02-52-GF-DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion for Witnesses to Appear via Video. (Doc. 346.)

IT IS ORDERED the motion (Doc. 346) is GRANTED. U.S. Probation Officer Michael Eliason and Wolf Point Police Department Officer Kahlil Wehbe may testify via video at the revocation hearing on the alleged violations listed in the Petition for Warrant filed on June 16, 2020.

The United States shall make all the necessary video conference arrangements with the Court systems staff in Missoula, Montana. The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this 16th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court