IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>VICTOR FOURSTAR, JR.,<br><br>Defendant/Movant. | Cause No. CR 02-52-GF-DLC<br>CV 20-83-GF-DLC<br><br>ORDER DISMISSING § 2255 MOTION AND DENYING CERTIFICATE OF APPEALABILITY |

On September 21, 2020, the Court received from Defendant Fourstar a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 324). He challenges the fifth revocation of his supervised release on July 21, 2020, arguing that he received ineffective assistance of counsel. *See* Mot. § 2255 (Doc. 372) at 3 ¶ 5(A). An appeal of the revocation is pending. *See United States v. Fourstar*, No. 20-30157 (9th Cir. filed July 27, 2020).

As Fourstar knows, *see* Order (Doc. 325), a § 2255 motion is the equivalent of a petition for writ of habeas corpus. *See, e.g.*, *United States v. Hayman*, 342 U.S. 205, 210–19 (1952). "Habeas review is an extraordinary remedy and will not be allowed to do service for an appeal." *Bousley v. United States*, 523 U.S. 614, 621 (1998) (quoting *Reed v. Farley*, 512 U.S. 339, 354 (1994), and *Sunal v. Large*, 332 U.S. 174, 178 (1947)). District courts do not consider § 2255 motions before

1

the challenged judgment is final, *see, e.g.*, *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir. 1987) (as amended); *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991); Rule 5, Rules Governing § 2255 Proceedings for the United States District Courts, advisory committee's note (quoting *Womack v. United States*, 395 F.2d 630, 631 (D.C. Cir. 1968)), including a ruling on any petition for writ of *certiorari* to the United States Supreme Court, *see Griffith v. Kentucky*, 479 U.S. 314, 321 n.6 (1987).

This law is well-settled. A certificate of appealability is not warranted. *See Gonzalez v. Thaler*, 565 U.S. 134, 140–41 (2012) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Accordingly, IT IS ORDERED:

1. Fourstar's motion under 28 U.S.C. § 2255 (Doc. 372) is DISMISSED.

2. A certificate of appealability is DENIED. The Clerk of Court shall immediately process the appeal if Fourstar files a Notice of Appeal.

3. The Clerk of Court shall close the civil file by entering a judgment of dismissal.

DATED this 21st day of September, 2020.

Dana L. Christensen, District Judge
United States District Court